IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT  DIVISION

| | | |
|---|---|---|
| Michael Glenn Easterling, | ) | |
| | ) | C.A. No. 9:10-cv-01523-JMC |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Nurse Paula Brodie, and Doctor NFN Etinereatsc, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

The *pro se* plaintiff brings this action under 42 U.S.C. § 1983.   Defendants filed a motion

for summary judgment.  The Magistrate Judge's Report and Recommendation [Entry # 20], filed on

January 4, 2011, recommends that the court dismiss the said motion  with prejudice for lack of

prosecution.  The Report and Recommendation sets forth in detail the relevant facts and legal

standards on this matter, and the court incorporates the Magistrate Judge's recommendation herein

without a recitation.

The Magistrate Judge's Report and Recommendation is made in accordance with 28 U.S.C.

§ 636(b)(1) and Local Civil Rule 73.02 for the District of South Carolina.  The Magistrate Judge

makes only a recommendation to this court.  The recommendation has no presumptive weight. The

responsibility to make a final determination remains with this court.  *See Mathews v. Weber*, 423

U.S. 261, 270-71 (1976). The court is charged with making a *de novo* determination of those

portions of the Report and Recommendation to which specific objections are made, and the court

may accept, reject, or modify, in whole or in part, the Magistrate Judge's recommendation or

recommit the matter with instructions. *See* 28 U.S.C. § 636(b)(1).

Plaintiff was advised of his right to file objections to the Report and Recommendation [Entry

# 3, at 3]. However, Plaintiff filed no objections to the Report and Recommendation.

In the absence of objections to the Magistrate Judge's Report and Recommendation, this court is not required to provide an explanation for adopting the recommendation. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983). Rather, "in the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note). Furthermore, failure to file specific written objections to the Report and Recommendation results in a party's waiver of the right to appeal from the judgment of the District Court based upon such recommendation. 28 U.S.C. § 636(b)(1); *Thomas v. Arn*, 474 U.S. 140 (1985); *Wright v. Collins*, 766 F.2d 841 (4th Cir. 1985); *United States v. Schronce*, 727 F.2d 91 (4th Cir. 1984).

After a thorough review of the Report and Recommendation and the record in this case, the court adopts the Magistrate Judge's Report and Recommendation [Entry # 20] and incorporates it herein. It is therefore **ORDERED** that Plaintiff's motion in the above-captioned case is dismissed with prejudice for lack of prosecution.

    **IT IS SO ORDERED.**

                                    s/ J. Michelle Childs
                                    United States District Judge

Greenville, South Carolina
February 1, 2011